# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134573-4

THE GEO GROUP, INC.,
        Plaintiff-Appellant,

and

THE VILLAGE OF BALDWIN and
WEBBER TOWNSHIP,
        Plaintiffs,

v

DEPARTMENT OF CORRECTIONS and
DEPARTMENT OF MANAGEMENT
AND BUDGET,
        Defendants-Appellees.

SC: 134573-4
COA: 273466; 273492
Court of Claims: 05-000194-MK

_____/

On order of the Court, the application for leave to appeal the June 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

Clerk

d1213